**Stephen J. BYERS and Echo Advisory Services, LLC, Plaintiffs–Appellees,**

v.

**Lyle E. GLUCK, Defendant–Appellant,**

and

**Echo Advisory Of Florida, LLC, Defendant.**

No. 04–1547.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2004.

Richard M. Husband, Principal Attorney, Lorusso Loud & Kelly, Portsmouth, NH, for Plaintiffs–Appellees.

Lyle E. Gluck, Principal Attorney, Plantation, FL, pro se.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is